MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680
Fax: (510) 637-3724
E-Mail:  James.C.Mann@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-12-00495 SBA |
| Plaintiff, | STIPULATED REQUEST TO SET CHANGE OF PLEA ON JANUARY 22, 2013 AND ORDER |
| v. | |
| DANA RAY HOUSTON, | Date:  January 22, 2013<br>Time:  10:00 a.m.<br>Court:  Hon. Saundra Brown Armstrong |
| Defendant. | |

The above-captioned matter is set on January 22, 2013 before this Court for change of plea and sentencing.  The parties request that this Court vacate that date as to defendant Dana Ray Houston and set this matter for change of plea on January 22, 2013 at 9:30 a.m. before the Hon. Kandis A. Westmore.

DATED: December 21, 2012

_____/s/_____         _____/s/_____
JAMES C. MANN                          MARTHA ANN BOERSCH
Assistant United States Attorney       Counsel for Defendant
Counsel for United States

STIP. REQ. TO SET CHANGE OF PLEA ON JANUARY 22, 2013
No. CR-12-00495 SBA

1 **IT IS HEREBY ORDERED** that this matter as to defendant Dana Ray Houston is set
2 for change of plea on January 22, 2013 at 9:30 a.m. before the Hon. Kandis A. Westmore.

4 DATED:_12/26/12

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge